UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEX C. BARROW,<br><br>  Plaintiff,<br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>  Defendant. | No.  2:14-CV-269-RHW<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**.  The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED:  February 23, 2016

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By:  *s/Shelly Koegler*
                                              Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**